IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAVAUGHNTAIYE WILLIS; and
STEVEN CODY aka ISHMAEL OBAMA                                    PLAINTIFFS

v.                          Case No. 5:15-CV-05099

SHERIFF TIM HELDER; NURSE SMITH;
SERGEANT MUGGEY; and SERGEANT CARTER                             DEFENDANTS

## O R D E R

The Court has received proposed findings and recommendations (Doc. 6) from United States Magistrate Judge James R. Marschewski. No objections have been filed, and the deadline for filing objections has passed.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the magistrate judge's report and recommendations, Plaintiffs' motion for leave to proceed *in forma pauperis* (Doc. 1) is DENIED, and this matter is DISMISSED WITHOUT PREJUDICE.

Plaintiff Cody/Obama may re-file his claims only with payment of the appropriate filing fee, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g). Any complaint that is re-filed should set forth only claims of Cody/Obama and should be filed as a separate case.

If Plaintiff Willis wishes to pursue his claims, he is directed to submit a new complaint, setting forth his claims only, and submit a new IFP application on his own behalf. Any new complaint and IFP application should be filed as a separate case.

Judgment will be entered accordingly.

IT IS SO ORDERED this 2nd day of July, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE